

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

No. 04-12-00321-CV

In The Matter of the Guardianship of Carlos Y. **BENAVIDES**, Jr.

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

The panel has considered the motion for rehearing filed in this court on April 11, 2013. The motion for rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court